**NOT FOR PUBLICATION**

```
         IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
              DIVISION OF ST. THOMAS AND ST. JOHN
```

|  |  |
|---|---|
| **FIRST BANK PUERTO RICO,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**RONALD S. LOCKHART and UNITED** )<br>**STATES OF AMERICA INTERNAL REVENUE** )<br>**SERVICE,** )<br>)<br>Defendants. )<br>_____ ) | Criminal No. 2008-28 |

**ATTORNEYS:**

**Carol Ann Rich, Esq.**
St. Thomas, U.S.V.I.
    *For the plaintiff*,

**Timothy J. Abraham, AUSA**
St. Thomas, U.S.V.I.
    *For the United States of America*,

**Ronald S. Lockhart**
8A Estate Catherineberg, St. Thomas, U.S.V.I. 00802
    *Pro se defendant.*

<u>ORDER</u>

**GOMÉZ, C.J.**

    Before the Court is the motion of First Bank Puerto Rico ("First Bank") for summary judgment against the United States of America Internal Revenue Service ("IRS"). The premises considered, it is hereby

    **ORDERED** that the motion is **DENIED.**

                                          S\_____
                                                  **CURTIS V. GÓMEZ**
                                                       Chief Judge